IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**PARNELL R MAY**
*ADC #153557*                                                                                          **PETITIONER**

V.                          CASE NO. 4:23-cv-00350-JM

**DEXTER PAYNE**                                                                                    **RESPONDENT**

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After careful review of the findings and recommendations and the timely objections thereto, as well as a de novo review of the record, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in their entirety.

The Court will not issue a certificate of appealability because Petitioner has not made a substantial showing of a denial of a constitutional right. 28 U.S.C. § 2253(c)(1)-(2). Because the Court will not issue a certificate of appealability, it certifies that an appeal in forma pauperis would not be taken in good faith. Fed. R. App. P. 24(a)(3)(A). Petitioner's motion for certificate of appealability (ECF No. 46) is DENIED.

Petitioner's motion for extension of time to file objections (ECF No. 40) is MOOT and his motion for reconsideration, motions to renew, and motion for hearing (ECF Nos. 42, 43, 44, 45) are DENIED. The petition for writ of habeas corpus (ECF No. 2) is DISMISSED with prejudice.

IT IS SO ORDERED this 7th day of January, 2025.

_____
UNITED STATES DISTRICT JUDGE