**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**PARNELL R MAY**
*ADC #153557*                                                                                              **PETITIONER**

**V.**                                  **CASE NO. 4:23-cv-00350-JM**

**DEXTER PAYNE**                                                                                   **RESPONDENT**

**<ins>JUDGMENT</ins>**

Pursuant to the Order entered on this day, IT IS CONSIDERED, ORDERED and ADJUDGED that the petition for writ of habeas corpus is DISMISSED with prejudice. All habeas relief is denied, and this case is closed.

IT IS SO ORDERED this 7th day of January, 2025.

_____
UNITED STATES DISTRICT JUDGE